Richard P. Herman    SBN: 053743
LAW OFFICE OF RICHARD P. HERMAN
P. O. Box 53114
Irvine, CA 92619
Telephone: 714-547-8512
Facsimile:  949-209-2693
Email:rherman@richardphermanlaw.com

Nicholas P. Kohan   SBN: 257134
KOHAN BABLOVE LLP
1101 Dove Street, Ste 220
Newport Beach, CA 92660
Telephone: 949-535-1341
Facsimile:  949-535-1449
Email:  nkohan@dkblawyers.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| James Kilroy,<br><br>                    Plaintiff,<br>vs.<br>County of Orange, a Governmental Entity; Sheriff Don Barnes, Individually; Deputy T. Carillo Individually, and DOES 1-50.<br><br>                    Defendants. | CASE NO:<br><br>***Assigned for all purposes:***<br><br>**COMPLAINT FOR DAMAGES**.<br><br>***JURY TRIAL DEMANDED*** |

## **JURISDICTION AND VENUE**

1.    The Court has subject matter jurisdiction over the action pursuant to 28 U.S.C. § 1331 §§42 U.S.C. §1983, for violations of the U.S Constitution and First, Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments.

COMPLAINT
1

2. Pursuant to supplemental jurisdiction 28 U.S.C §1367, the attendant and related state causes of action all arise from the same nucleus of operative facts and the same transactions as the aforementioned claims.

3. Venue is proper as all facts and circumstances which form the basis of the allegations made therein occurred within the County of Orange in the State of California.

## Claim for Relief

4. There was and is an extensive pattern and practice within the Orange County Jails of the deliberate indifference for human life, decency and the constitutional and statutory rights of inmates.

5. This toxic and inhumane culture in the jail continues to exist only with the direct knowledge, consent, direction and ratification of Sheriff Barnes whose action and inaction, both as under-Sheriff and Sheriff, actually and proximately caused the death of numerous prisoners as follows: Christopher Louis Mariano, 12-7-18; Ngoc Dung Nguyen, 3-11-19; Alejandro Alvarez, 03-15-19; Justin Bryan Perkins, 10-27-18; Lisa Janice Martinez, 7-31-18; Rene Rome Donahue, 8-6-18; Jose Albert Aguirre, 1-31-19; Ian Elliot Tompko, 6-23-18; Ray Anthony Cruz, 6-26-18; Infant Jane Doe, 11-12-18 – Fetus, 20 weeks old; Fetus of inmate Ciera S., 5-12-18; Infant Jane Doe, 8-11-18 24 weeks old; Rodney Daniels, 4-20-18; Phillip Diaz, 7-23-18; Terral Magee, 3-12-18; Christopher Eisinger, 3-10-18; Cristobal

COMPLAINT
2

Solano, 5-1-18; Reenal Prasad, 6-13-18; Kevin Morris, 2-11-18; Mikeee John Illiano, 11-22-17; and Tony Rudd 1-21, 2018, Kirk Price, 01-19-2020 and more in 2021. This toxic culture was perpetuated and began with Sheriff Hutchens when she was the sheriff of Orange County and has continued with Sheriff Barnes.

6. Defendant County of Orange, hereinafter also referred to as "County of Orange" or "County", is a political subdivision of the State of California and is a municipal entity, located within the territorial jurisdiction of this Honorable Court.

7. Defendants DOES 1 through 50, inclusive, are sworn peace officers and/or deputy sheriffs and/or supervisors and/or investigators and/or Special Officers and/or dispatchers and/or some other public officer, public official employee of defendant County of Orange, who in some way committed some or all of the tortious actions (and Constitutional violations) complained of in this action, and/or are otherwise responsible for and liable to Plaintiffs for the acts complained of in this action, whose identities are, and remain unknown to Plaintiff, who will amend their complaint to add and to show the actual names of said DOE defendants when ascertained by Plaintiff.

8. At all times complained of herein, DOES 1 through 50, inclusive, were acting as individual persons acting under the color of state law, pursuant to their authority as sworn peace officers and/or special officers and/or supervisors (i.e. Sergeants, Lieutenants, Captains, Commanders, etc.) and /or dispatchers employed

COMPLAINT
3

by Defendant County of Orange, and were acting in the course of and within the scope of their employment with defendant County of Orange.

9.  Defendants DOES 1 through 50, inclusive, are sworn peace officers and/or Supervisors and/or commanders and/or Captains and/or Lieutenants and/or Sergeants and/or Detectives and/or other supervisory personnel (such as ) and or/ policy making and/ or final policy making officials, employed by the County of Orange, who are in some substantial way liable and responsible for, or otherwise proximately caused and/or contributed to the occurrences complained of by Plaintiffs in this action, such as via supervisory liability (i.e. failure properly supervise, improperly directing subordinate officers, approving actions of subordinate officers), via bystander liability (failing to intervene in and stop unlawful actions of their subordinates and/or other officers), and such as by creating and/or causing the creation of and/or contributing to the creation of the policies and/or practices and/or customs and/or usage of the County of Orange :
 1)  For wrongfully killing persons;   2) For using excessive/unreasonable force on persons;   3) For unlawful seizing persons;   4) For  unlawful searching and seizing persons and their personal property;  5)  For falsely asserting and falsely imprisoning persons;  6) For fabricating/ destroying/ concealing/ altering/ withholding/ evidence in criminal and civil actions, and for otherwise "framing" persons in criminal actions, in order to falsely and maliciously, oppressively

convict innocent persons, to protect them and other police officers and deputy sheriffs and supervisory personnel from civil, administrative and criminal liability; 7) For interfering with persons' and/or otherwise violating persons 'constitutionally protected right to free speech; 8) For denying civil rights by threats, fear, and oppression;  9)   For coving-up unlawful and tortious conduct by the County of Orange personnel, and were a proximate cause of the very same California state law, and federal and state constitutional violations complained above, and complained of by the Plaintiffs in this action.

10.   Plaintiffs are presently unaware of the identities of DOES 1 through 50, inclusive, and will amend their complaint to add and to show the actual names of said DOE defendants, when ascertained by Plaintiffs.

11.    In addition to the above and forgoing, Defendants  DOES 1 through 50, inclusive, acted pursuant to a conspiracy, agreement and understanding and common plan and scheme to deprive the Plaintiffs of their Federal Constitutional and Statutory rights, as Complained of in this action, and acted in joint and concerted action to so deprive Plaintiffs of those rights as complained of herein; all in violation of 42 U.S.C §1983, and otherwise in violation of United States Constitutional  and Statutory Laws  and the California State Constitution and laws.

12.    Said conspiracy/agreement/understanding/ plan/scheme/joint action/ concerted action, above-referenced, was a proximate cause of the violation of the

Plaintiffs federal and state constitutional and statutory rights, as complained herein.

## FIRST CLAIM

## JAMES KILROY AGAINST COUNTY OF ORANGE, SHERIFF DON BARNES, DEPUTY T. CARILLO, AND DOES 1 THROUGH 50

13. Plaintiffs re-plead and incorporate by reference, as if fully set forth again herein, the aforementioned allegations contained in this complaint.

14. James Kilroy was a prisoner in the Orange County Jails. On November 16, 2019 in the Theo Lacy Facility of the Orange County jails Deputy T. Carillo, acting under the color of state law, sexually assaulted him by squeezing his testicles, and inserting a finger in his anus and commenting on his genitals.

15. This was sexual assault and battery violated James Kilroy's First, Fourth, Eighth and 14th Amendments, 42 U.S.C. § 1983, and caused pain, emotional distress, mental anguish, fear of further assaults and retaliation for the grievance he filed.

16. This sexual assault is a policy and procedure of Defendant County as it occurred to numerous other inmates including Plaintiff Anthony Powell who has filed a related case.

17. Defendants County and Barnes were acting under the color of state law while engaging, participating and enforcing this policy and procedure

including retaliation for filing grievances for similar assaults and batteries.

18. Plaintiff Kilroy filed his claim for damages against the County of Orange, pursuant to the California Tort Claims Act, Cal Gov't Code §900 et seq., on November 25, 2019 and it is now denied.

## PRAYER

**WHEREFORE** Plaintiffs pray that this Court award damages and provide relief as follows:

1. For all damages, compensatory, general, statutory, and punitive damages;

2. For attorney's fees and costs of suit pursuant to all applicable law including 42 U.S.C. §1988 and Cal Civ. Code §52 and §54.

3. And for all other appropriate and just relief.

DATED: April 28, 2021                    Respectfully submitted,

                                         */s/ Richard P. Herman*

                                         _____
                                         RICHARD P. HERMAN
                                         NICHOLAS KOHAN
                                         ATTORNEYS FOR PLAINTIFF

COMPLAINT
7

**JURY TRIAL DEMANDED**

DATED:  April 28, 2021                              Respectfully submitted,

_____
RICHARD P. HERMAN
NICHOLAS KOHAN
ATTORNEYS FOR PLAINTIFFS