JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 21-00800JVS(DFMx) | Date November 16, 2022 |
| Title James Kilroy v County of Orange, et al | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Amanda Peterson, Zachary Schwartz |

**Proceedings:** **Jury Trial**

Cause is called for hearing and counsel for the defendant make their appearances. There is no appearance by counsel for the plaintiff or the plaintiff. The case is ordered DISMISSED without prejudice.

|  | : | 05 |
|---|---|---|
| Initials of Preparer | lmb | |