# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JAMES KILROY,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF ORANGE, a Governmental Entity; SHERIFF DON BARNES, Individually and DEPUTY T. CARRILLO Individually and DOES 1-50,<br><br>    Defendants. | Case No.: 8:21-cv-00800-JVS (DFMx)<br>Assigned to: Hon. James V. Selna<br>Crt. Rm: 10C<br>Magistrate: Douglas F. McCormick<br>Crt. Rm: 6B<br><br>**FINAL JUDGMENT**<br><br>Action Date:    4/29/21<br>Trial Date:      2/21/23 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff JAMES KILROY'S action against Defendant DEPUTY TYLER CARRILLO pursuant to 42 U.S.C. § 1983 for violation of his Fourth and Eighth Amendment rights based upon claimed sexual assault during a search came to trial before this Court beginning on February 21, 2023 and continuing to and ending on December February 23, 2023.

All of Plaintiff JAMES KILROY'S other claims against Defendant DEPUTY TYLER CARRILLO have been previously adjudicated in DEPUTY TYLER CARRILLO'S favor. This Court granted Defendant DEPUTY TYLER CARRILLO partial summary judgment as to all other claims other than violation of the Fourth and Eighth Amendment. (ECF # 43, Order re Summary Judgment.) All of Plaintiff JAMES KILROY'S claims against Defendant COUNTY OF ORANGE were previously adjudicated in favor of the COUNTY OF ORANGE. The Court previously granted Defendant COUNTY OF ORANGE summary judgment on July 15, 2022. (ECF # 43.)

On February 23, 2023, the jury returned a special verdict, signed by the presiding juror, to the Court in favor of Defendant DEPUTY TYLER CARRILLO with its verdict on liability (see ECF # 102) as follows:

We, the jury, answer the questions submitted to us as follows:

1. Did DEFENDANT DEPUTY TYLER CARRILLO touched PLAINTIFF JAMES KILROY's testicles in a painful manner and/or insert his finger into the anus of PLAINTIFF JAMES KILROY?

    _____ Yes        or        \_\_X\_\_ No

2. Was DEFENDANT DEPUTY TYLER CARRILLO'S search of PLAINTIFF JAMES KILROY unreasonable in violation of the Fourth Amendment?

    _____ Yes        or        \_\_X\_\_ No

3. Did DEFENDANT DEPUTY TYLER CARRILLO conduct a search of PLAINTIFF JAMES KILROY with the intent to receive sexual gratification or to humiliate, degrade or demean PLAINTIFF JAMES KILROY in violation of the Eighth Amendment?

_____ Yes            or            __X__ No

If you answered Questions No. 1, 2, or 3 "Yes," please answer the next question. Otherwise, skip to the end and sign and date the verdict

4. What are PLAINTIFF JAMES KILROY'S damages, if any?

    Total Damages: $ _____

5. Was DEFENDANT DEPUTY TYLER CARRILLO'S conduct malicious, oppressive or in reckless disregard of the plaintiff's rights entitling Plaintiff to punitive damages?

_____ Yes            or            _____ No

Signed:      ___/s/_____
             Presiding Juror

Dated: 2/23/2023

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

THEREFORE, IT IS ORDERED AND ADJUDGED that Judgment be entered in favor of Defendants COUNTY OF ORANGE and DEPUTY TYLER CARRILLO and against Plaintiff JAMES KILROY.

Defendants DEPUTY TYLER CARRILLO and COUNTY OF ORANGE are the prevailing parties under Federal Rule of Civil Procedure 54(d)(1) and may pursue recovery of their costs incurred in this action in accordance with said Rule and Local Rules of this Court.  This judgment may be amended to include any costs and other litigation expenses awarded to Defendants DEPUTY TYLER CARRILLO and COUNTY OF ORANGE by the Court.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: March 07, 2023

_____
The Honorable James V. Selna
*Judge of the United States District Court*